IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAMONT ANDRE WILLIAMS                                                                                    PLAINTIFF

v.                                             Case No. 4:24-cv-04087

NURSE KING, Miller County
Detention Center (MCDC); and
DEPUTY JEREMIAH HATLEY                                                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 13, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 32). Judge Bryant recommends that Defendant Deputy Jeremiah Hatley's ("Defendant Hatley") Motion for Summary Judgment (ECF No. 17) be granted[1] and that this matter be dismissed without prejudice for failure to exhaust administrative remedies. (ECF No. 32, at 17).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 32) *in toto*. Accordingly, the Court finds that Defendant Hatley's Motion for Summary Judgment (ECF No. 17) should be and hereby is **GRANTED**. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

**IT IS SO ORDERED**, this 1st day of July, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] The Court notes that Judge Bryant granted Defendant Nurse King's ("Defendant King") Motion to Adopt Defendant Hatley's Motion for Summary Judgment (ECF No. 22). (ECF No. 31). Thus, Defendant King is also covered by Defendant Hatley's Motion for Summary Judgment. (ECF No. 17).